**Marquis & Aurbach**
Layke M. Stolberg, Esq.
Nevada Bar No. 10135
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 942-2177
Facsimile: (702) 856-8964
lstolberg@marquisaurbach.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THI OF NEVADA AT HEARTHSTONE, LLC, a foreign limited liability company, doing business as HEARTHSTONE OF NORTHERN NEVADA

Plaintiff,

vs.

LAURA STOTTS, in her capacity as the Administratrix of the Estate of Dorothy Schweitzer, Deceased; LAURA STOTTS, in her individual capacity, and AUDREY NORIEGA, in her individual capacity, and DOES I-X inclusive,

Defendants.

Case No: 10-cv-02262-JCM-GWF

**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING PRELIMINARY INJUNCTION HEARING**

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Plaintiff THI of Nevada at Hearthstone, LLC d/b/a Hearthstone of Northern Nevada ("Hearthstone") having filed its Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction, and the court having considered the pleadings and papers and documents on file herein, and being otherwise fully advised, and good cause appearing therefor:

IT IS HEREBY ORDERED that a temporary restraining order be issued restraining Defendants Laura Stotts, in her capacity as the Administratrix of the Estate of Dorothy Schweitzer, Deceased, Laura Stotts, in her individual capacity, and Audrey Noriega, in her individual capacity, and their heirs, legal representatives, assigns of individuals, employees and agents, from providing any information regarding the terms or amount of the settlement to anyone, including but not limited to, any publisher, representative of the media, journal, and/or

periodical in the absence of a court order, or as required by law, or as necessary to complete settlement and probate of the case.

IT IS FURTHER ORDERED that Plaintiff shall post a bond in the amount of $ 1,000.00 .

A hearing on the Motion for Preliminary Injunction will be held on the **14th** day of January 2011, at the hour of **2:00 p.m.** All opposition pleadings, affidavits and briefs in opposition shall be filed and served no later than **Tuesday, January 11, 2011.** Any reply papers shall be filed and served by no later than **Thursday, January 13, 2011.**

IT IS SO ORDERED:

[signature]

United States District Judge

DATE January 6, 2011

TIME ____________________

Respectfully submitted,

MARQUIS & AURBACH

By [signature]

Layke M. Stolberg, Esq.
Nevada Bar No. 10135
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 942-2177
Facsimile: (702) 856-8964
lstolberg@marquisaurbach.com
Attorneys for Plaintiff

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816