1

2

MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS

3

Nevada Bar No. 7743
GREENBERG TRAURIG, LLP

4

3773 Howard Hughes Parkway
Suite 400 North

5

Las Vegas, Nevada 89169
Telephone: (702) 792-3773

6

Facsimile: (702) 792-9002

7

ferrariom@gtlaw.com
hendricksk@gtlaw.com

8

*Counsel for Laura Stotts & Audrey Noriega*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

12

THI OF NEVADA AT HEARTHSTONE, LLC,
a foreign limited liability company doing
business as HEARTHSTONE OF NORTHERN

Case No. 10:CV-02262-JCM-GWF

13

NEVADA ,

14

Plaintiff,

**ORDER VACATING TEMPORARY
RESTRAINING ORDER AND
DENYING MOTION FOR
PRELIMINARY INJUNCTION**

15

*vs.*

16

17

LAURA STOTTS, in her capacity as the
Administratrix of the Estate of Dorothy
Schweitzer, Deceased; LAURA STOTTS, in
her individual capacity, and AUDREY

18

NORIEGA, in her individual capacity, and
DOES I through X, inclusive,

19

20

Defendants.

21

22

23

On January 27, 2011, this Court heard oral argument regarding Plaintiff, THI OF NEVADA

24

AT HEARTHSTONE, LLC, dba HEARTHSTONE OF NORTHERN NEVADA's ("Hearthstone"

25

of Plaintiff") Motion for Preliminary Injunction (Doc. No. 4) with attorney Layke M. Stolberg

26

appearing on behalf of Plaintiff and Mark E. Ferrario appearing on behalf of Defendants LAURA

27

STOTTS, individually and her capacity as the Administratrix of the Estate of Dorothy Schweitzer,

28

Deceased and AUDREY NORIEGA (collectively "Defendants").   Defendants having filed a

1

*LV 419,295,520v1 1-28-11*

1   Response in Opposition to the Motion for Preliminary Injunction (Doc. No. 25) and Plaintiff having

2   filed a Reply (Doc. No. 31), this Court having reviewed the pleadings on file, having heard oral

3   argument pertaining thereto, and for good cause appearing:

4        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Order Granting

5   Temporary Restraining Order (Doc. No. 12) is **VACATED.**

6        **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for

7   Preliminary Injunction (Doc. No. 4) is hereby **DENIED.**

8        Dated this 9th day of February, 2011.

9

10  _____
    United States District Court Judge

11

12  Respectfully submitted by:

    GREENBERG TRAURIG, LLP

13

14  By: __/s/ Mark E. Ferrario____
15  MARK E. FERRARIO, ESQ.
    ferrariom@gtlaw.com
    KARA B. HENDRICKS, ESQ.
16  hendricksk@gtlaw.com
    GREENBERG TRAURIG, LLP
17  3773 Howard Hughes Parkway
    Suite 400 North
18  Las Vegas, Nevada 89169
    Telephone: (702) 792-3773
19  Facsimile: (702) 792-9002
20  *Counsel for Laura Stotts & Audrey Noriega*

21

    Approved as to form and content by:
22
    MARQUIS & AURBACH
23

24
    By: _/s/ Layke M. Stolberg_____
25  LAYKE M. STOLBERG, ESQ.
    10001 Park Run Drive
26  Las Vegas, NV 89145
    Telephone: (702) 382-0711
27  Facsimile: (702) 832-5816
28  *Counsel for Plaintiff*

2

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002