**Marquis Aurbach Coffing**
Layke M. Stolberg, Esq.
Nevada Bar No. 10135
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 942-2177
Facsimile: (702) 856-8964
lstolberg@marquisaurbach.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THI OF NEVADA AT HEARTHSTONE, LLC, a foreign limited liability company, doing business as HEARTHSTONE OF NORTHERN NEVADA<br><br>Plaintiff,<br><br>vs.<br><br>LAURA STOTTS, in her capacity as the Administratrix of the Estate of Dorothy Schweitzer, Deceased; LAURA STOTTS, in her individual capacity, and AUDREY NORIEGA, in her individual capacity, and DOES I-X inclusive,<br><br>Defendants. | Case No: 10-cv-02262-JCM-GWF<br><br>**ORDER GRANTING EX PARTE MOTION FOR RELEASE OF FUNDS** |

Plaintiff THI of Nevada at Hearthstone, LLC d/b/a Hearthstone of Northern Nevada ("Hearthstone") having filed its Ex Parte Motion for Release of Funds, and the court having considered the pleadings and papers and documents on file herein, and being otherwise fully advised, and good cause appearing therefor:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

M&A:11518-011 1251696_1.DOC 2/3/2011 3:08 PM

IT IS HEREBY ORDERED that the $1,000.00 cash deposit posted by Hearthstone pursuant to the Temporary Restraining Order issued on January 6, 2011 (Doc. No. 12) be released to:

Layke M. Stolberg, Esq.

Marquis Aurbach Coffing

1001 Park Run Drive

Las Vegas, Nevada 89145

IT IS SO ORDERED:

_____
United States District Judge
DATE  March 3, 2011

Respectfully submitted,

MARQUIS AURBACH COFFING

By _____
Layke M. Stolberg, Esq.
Nevada Bar No. 10135
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 942-2177
Facsimile: (702) 856-8964
lstolberg@marquisaurbach.com
Attorneys for Plaintiff

M&A:11518-011 1251696_1.DOC 2/3/2011 3:08 PM