# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THI OF NEVADA AT HEARTHSTONE, LLC, a foreign limited liability company doing business as HEARTHSTONE OF NORTHERN NEVADA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAURA STOTTS, in her capacity as the Administratrix of the Estate of Dorothy Schweitzer, Deceased, *et al.*,<br><br>    Defendants. | Case No.  2:10-cv-02262-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed December 30, 2010.  Defendants Laura Stotts and Audrey Noriega filed their Answer (#44) on April 11, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

  **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 20, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

  DATED this 10th day of June, 2011.

                */s/ George Foley, Jr.*
                GEORGE FOLEY, JR.
                United States Magistrate Judge