**Marquis Aurbach Coffing**
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 942-2177
Facsimile: (702) 856-8964
fmf@maclaw.com
Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THI OF NEVADA AT HEARTHSTONE, LLC, a foreign limited liability company, doing business as HEARTHSTONE OF NORTHERN NEVADA<br><br>Plaintiff,<br>vs.<br><br>LAURA STOTTS, in her capacity as the Administratrix of the Estate of Dorothy Schweitzer, Deceased; LAURA STOTTS, in her individual capacity, and AUDREY NORIEGA, in her individual capacity, and DOES I-X inclusive,<br><br>Defendants. | Case No: 10-cv-02262-JCM-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff THI of Nevada at Hearthstone, LLC, by and through the law firm of Marquis Aurbach Coffing, and Defendants Laura Stotts and Audrey Noriega ("Defendants"), by and through their counsel of record, Mark E. Ferrario, Esq. and Kara B. Hendricks, Esq. of Greenberg Traurig, LLP and hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

MAC:11518-011 1510683_1

1. All claims by all parties against each other in case 10-cv-02262-JCM-GWF shall be dismissed with prejudice; and,

2. Each party to shall bear its own attorney fees and costs.

DATED this ___19___ day of January, 2012.      DATED this __17th__ day of January, 2012.

MARQUIS AURBACH COFFING                         GREENBERG TRAURIG LLP

By: _____                   By: _____
FRANK M. FLANSBURG III, ESQ.                    Mark E. Ferrario, Esq.
Nevada Bar No. 6974                             Nevada Bar No. 1625
10001 Park Run Drive                            Kara B. Hendricks, Esq.
Las Vegas, Nevada 89145                         Nevada Bar No. 7743
Attorneys for Plaintiff                         3773 Howard Hughes Parkway
                                                Suite 400 North
                                                Las Vegas, NV 89169
                                                Attorneys for Defendants

### ORDER

IT IS SO ORDERED this 23rd day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MARQUIS AURBACH COFFING

By: _____
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff

MAC:11518-011 1510683_1